**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6906

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MELVIN OWENS JACKSON,

Defendant - Appellant.

No. 04-7025

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MELVIN OWENS JACKSON,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CR-01-50, CA-04-105)

Submitted: August 12, 2004        Decided: August 19, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Melvin Owens Jackson, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

PER CURIAM:

Melvin Owens Jackson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000) as untimely and denying a certificate of appealability. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Jackson has not made the requisite showing. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). We deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -